IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PHILLIP RAY HARKLESS, #266580, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:10-CV-666-TMH |
| LOUIS BOYD, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 36) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation (Doc. 36) of the Magistrate Judge is ADOPTED;

2. The defendants' motions for summary judgment are GRANTED;

3. Judgment is GRANTED in favor of the defendants;

4. This case is DISMISSED with prejudice; and

5. The costs of this proceeding are taxed against the plaintiff.

A separate judgment shall issue.

DONE this the 19th day of June, 2013.

/s/  Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE